

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00448-CR

## EX PARTE HOWARD LEWIS

**From the 12th District Court
Walker County, Texas
Trial Court No. 1326736**

## O R D E R

In appeals governed by Rule 31.1 of the Texas Rules of Appellate Procedure, the appellant's brief is to be filed within 20 days *after* the filing of the clerk's record or reporter's record, whichever is later, unless a different schedule is ordered by the Court. *See* TEX. R. APP. P. 31.1; 10TH TEX. APP. (WACO) LOC. R. 14. This appeal is governed by Rule 31 and the Court has not rendered a different schedule for filing the record or briefs.

The Court has received the reporter's record in this appeal but had not received the clerk's record until January 23, 2014. Thus, the appellant's brief was not yet due. Your brief, filed on January 21, 2014, was premature.

The Court will not process your brief without a clerk's record. Normally, because the brief must cite to relevant documents in the clerk's record and your brief necessarily does not comply with that requirement, we would strike your brief and require compliance. *See* TEX. R. APP. P. 38.1(i). However, because the clerk's record was not voluminous and there would be limited references in your brief to filed documents, your brief will not be stricken at this time. Your brief will be considered "filed" on the same date the clerk's record was filed. Normally, the appellee would then have 20 days after the filing of your brief to file a response. *Id*.

However, the Court has determined the clerk's record does not contain a final order. Accordingly, your entire appeal is subject to dismissal. *See* TEX. R. APP. P. 26.2(a); 44.3. You have 14 days from the date of this order to explain how the Court has jurisdiction of this appeal.

The due date of the State's brief is suspended until further order of the Court.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed January 30, 2014